**Order entered March 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01505-CV

## WILLIAM E. ROBINSON, JR., Appellant

## V.

## BORAL WINDOWS LLC, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-16397

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell

Before the Court is appellant's Motion for Temporary Order to Lift Stay of Proceedings

in the Trial Court Pending Resolution of the Appeal. We **DENY** the motion.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE